# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Amanda Gress, individually, and, as Personal Representative of the Estate of Michael Gress, deceased, | ) ) ) ) |
| Plaintiffs, | ) **ORDER** ) |
| vs. | ) ) Case No. 1-16-cv-5 |
| ND, L.L.C., and Community Counseling and Correctional Services, Inc., d/b/a Bismarck Transitional Center, | ) ) ) ) |
| Defendants. | ) |

Before the Court is the parties' "Stipulation of Dismissal" filed on August 1, 2017. (Doc. No. 55). The Court **ADOPTS** the stipulation (Doc. No. 55) in its entirety and **ORDERS** the action be dismissed with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), with the parties to bear their own costs and fees.

**IT IS SO ORDERED.**

Dated this 2nd day of August, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court